UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CSX TRANSPORTATION, INC.,

                Plaintiff,                **VERDICT SHEET**

v.                                          1:12-CV-540 EAW

NIAGARA LUBRICANT CO., INC.,

                Defendant.

---

We, the jury, unanimously find the following by a preponderance of the evidence:

Please state the amount of money, if any, that you find will fairly compensate CSX Transportation, Inc., for any damages sustained as a result of the fire at the Niagara Lubricant Co., Inc. facility on July 13, 2011.

$ _256,000.00_

**STOP: Please proceed to the signature page.**

# Signature Page

<u>Instructions to the Foreperson</u>:  Once you have indicated the jury's answer to the question above, simply sign and date this page in the space provided below. Then inform the court security officer that you have finished deliberating.

By his or her signature below, the jury foreperson affirms that the above is the answer of the unanimous jury in the case of *CSX Transportation, Inc., v. Niagara Lubricant Co., Inc.*, 1:12-CV-540 EAW.

Dated: July 31, 2015

                                        *Jennifer W. Terwilliger*
                                        Jennifer W. Terwilliger, FOREPERSON