AO 450 (Rev. 5/85) Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

CSX Transportation Inc.  **JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 12-CV-540 - EAW

v.

Niagara Lubricant Co., Inc.

☒ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED, STIPULATED AND ADJUDGED that the jury, unanimously rendered its verdict in favor of plaintiff CSX Transportation Inc., for damages sustained as a result of the fire at the Niagara Lubricant Co., Inc. facility on July 13, 2011 in the amount of Two Hundred and Fifty-Six Thousand ($256,000.00.)

Date: 08/04/2015                                MICHAEL J. ROEMER,
                                                Clerk of the Court

                                                By: s/Denise Collier
                                                    Deputy Clerk